UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ERIN FERRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 22-10536-PBS |
| RESURGENT CAPITAL SERVICES, L.P. ET AL | ) | |
| Defendants. | ) | |

## SETTLEMENT ORDER OF DISMISSAL

SARIS, D.J.

The Court having been advised, on June 8, 2022, that the above-entitled action has been

settled:

It is hereby ORDERED that this action is hereby DISMISSED without prejudice to the right

of any party, upon good cause shown to re-open the action within sixty (60) days if settlement

is not consummated.

By the Court:

Robert Farrell, Clerk

/ s / Clarilde Karasek _____

Deputy Clerk

DATED: June 10, 2022